**No. 10-5246. Ancell Hamm, Petitioner v. Edward G. Rendell, Governor of Pennsylvania, et al.**

562 U.S. 911, 131 S. Ct. 265, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6877.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 376 Fed. Appx. 244.

**No. 10-5248. Leroy Gregory, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 911, 131 S. Ct. 265, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6936.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 601 F.3d 347.

**No. 10-5249. D. F., Petitioner v. New Jersey Division of Youth and Family Services.**

562 U.S. 911, 131 S. Ct. 265, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6911.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-5250. Larry Edward Hendricks, Petitioner v. South Carolina Department of Corrections.**

562 U.S. 911, 131 S. Ct. 265, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6989.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-5251. Ralph Hall, Petitioner v. Jacoby & Meyers Law Offices, Inc.**

562 U.S. 911, 131 S. Ct. 266, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6924.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 14 N.Y.3d 757, 898 N.Y.S.2d 85, 925 N.E.2d 88.

**No. 10-5253. Charles Lorey Frederick, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 911, 131 S. Ct. 266, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6957.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5254. Javier Guillen-Reyes, Petitioner v. United States.**

562 U.S. 911, 131 S. Ct. 266, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6898.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5255. Charles Hobbs, Petitioner v. United States.**

562 U.S. 911, 131 S. Ct. 266, 178 L. Ed. 2d 175, 2010 U.S. LEXIS 6802.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.